UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YOUNG and SOMJAI YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; JOSEPH ADAM RIOS; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. 07cv00297-LJO-SMS<br><br>Complaint Filed: March 22, 2006<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS** |

Parties respectfully request that this Court continue the hearing on Plaintiffs' Motion For Voluntary Dismissal from June 14, 2007 to July 5, 2007.

May ___, 2007                                     SHOOK, HARDY & BACON, LLP

                                                  By:_____
                                                  H. GRANT LAW
                                                  AMIR NASSIHI
                                                  Attorneys for Defendant
                                                  FORD MOTOR COMPANY

1

STIPULATION
CASE NO. 07CV00297

123396v2

May ___, 2007                                    LAW OFFICES OF STEPHEN J. RINGHOFF

                                                By:_____
                                                    STEPHEN J. RINGHOFF
                                                    ATTORNEY FOR PLAINTIFFS

**ORDER**

IT IS SO ORDERED.


Dated:   May 8, 2007                         /s/ Lawrence J. O'Neill

                                           UNITED STATES DISTRICT JUDGE