Attorneys for Plaintiffs
STEPHEN J. RINGHOFF, SBN 067287
sjr@ringhofflaw.com
LAW OFFICES OF MARK S. NELSON
215 McHenry Avenue
Modesto, California 95354
Telephone: (209) 529-0995
Facsimile: (209) 529-6207

Attorneys for Defendant
FORD MOTOR COMPANY
H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104-2828
Telephone:     415.544.1900
Facsimile:     415.391.0281

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YOUNG and SOMJAI YOUNG,<br><br>           Plaintiffs,<br><br>     vs.<br><br>FORD MOTOR COMPANY; JOSEPH ADAM RIOS; and DOES 1 to 100 inclusive,<br><br>           Defendants. | Case No. 07cv00297-LJO-SMS<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER** |

Plaintiffs Anthony Young and Somjai Young ("Plaintiffs") and Defendant Ford Motor Company have met and conferred with respect to expert discovery and respectfully request this Court amend the August 7, 2007 Scheduling Conference Order.  In accordance with the dates previously set by this Court, the parties will disclose experts and areas of testimony on October 3,

2007, and disclose supplemental experts and their areas of testimony on October 10, 2007; however, both parties agree to waive expert reports.

Depositions of Plaintiffs' experts on any given area will precede Ford's experts' depositions on each corresponding area by a minimum of 45 days. Plaintiffs' experts will be presented for deposition in late October and early November, and each Ford counterpart will be deposed a minimum of 45 days after each corresponding Plaintiff expert.

All the parties' experts must be deposed by January 21, 2008.

This agreed-to schedule will not permit expert discovery to be completed by the current deadline of December 3, 2007. Therefore, the parties respectfully request that the expert discovery deadline in this case be moved to January 21, 2008.

Good cause exists to amend this Court's order as identified. Through no fault of either party, there has been a delay in obtaining certain tests which are the foundation to the opinions of certain reconstruction experts. Additionally, the opinions of these experts provide foundation for the opinions of other experts. For example, the biomechanical experts rely on the opinions of the reconstruction experts. By sequencing the depositions as agreed, the various experts should be able to fully express their opinions, without unnecessary reservation. In addition, a prior mediation has provided focus on areas of dispute and sequencing the depositions, as agreed, will allow for a renewal of settlement discussions between the taking of the Plaintiffs' primary liability experts and the taking of the primary defense experts, and could lead to early settlement. The parties believe the agreed schedule and manner of proceeding is the most efficient and effective way to proceed, and will allow for an effective mediation without impacting the current March 17, 2008 trial date. Therefore, Plaintiffs and Ford respectfully request that this Court amend the Case Management and Pretrial Order as follows:

1. That parties will identify their experts along with the experts' areas of testimony on October 3, 2007.

2. That the parties will identify their supplemental experts along with the supplemental experts' areas of testimony on October 10, 2007.

3.      That Plaintiffs' experts will be presented for deposition in late-October and November, 2007.

4.      That each of Ford's experts on any given area will follow the corresponding Plaintiffs' expert on that area by a minimum of 45 days.

5.      That, as a condition to waive expert reports, all experts must be deposed, and these depositions must be completed by January 21, 2008.

6.      That the expert discovery cut-off be extended to January 21, 2008.  This will be 56 days before the March 17, 2008 trial date.

Respectfully submitted,

September __, 2007                                    SHOOK, HARDY & BACON L.L.P.


By:     *Amir Nassihi*
          H. GRANT LAW
          AMIR NASSIHI
          Attorneys for Defendant
          FORD MOTOR COMPANY

September __, 2007                                    LAW OFFICES OF MARK S. NELSON

.


By:     *Stephen J. Ringhoff*
          STEPHEN J. RINGHOFF Attorneys for Plaintiffs
          ANTHONY YOUNG and SOMJAI YOUNG

IT IS SO ORDERED.

**Dated:   September 26, 2007**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE