1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104
   Tel:   (415) 544-1900
5  Fax:   (415) 391-0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7
   Jaime D. Jackson (*Admitted Pro Hac Vice*)
8  jdjackson@atleehall.com
   Atlee, Hall & Brookhart, LLP
9  8 North Queen Street
   Lancaster, PA 17601
10
   Attorneys for Plaintiffs
11 ANTHONY AND SOMJAI YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY YOUNG and SOMJAI YOUNG, | Case No. 07CV00297-LJO-SMS |
|---|---|
| Plaintiffs, | **STIPULATED REQUEST AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE** |
| vs. | |
| FORD MOTOR COMPANY; JOSEPH ADAM RIOS; and DOES 1 to 100 inclusive, | |
| Defendants. | |

Plaintiffs Anthony Young and Somjai Young and Defendant Ford Motor Company have met and conferred with respect to upcoming deadlines and respectfully request that this Court continue the current May 19, 2008, expert discovery deadline by 30 days, to June 18, 2008.

1  Parties have been diligently working on completing expert depositions and discovery. All
2  critical depositions have been taken. Some damages and follow-up liability expert depositions
3  remain.

4  Based on the expert discovery conducted to date, parties were able to return to mediation
5  before Judge Martin on March 25, 2008. Additional progress was made toward resolving this case;
6  however, it became clear that two government liens totaling over $1,000,000 present a significant
7  obstacle toward settlement.

8  Parties have agreed to work together with the help of an independent consultant to resolve
9  these liens so that parties can engage in further attempts to resolve this case.

10  To avoid substantial and potentially unnecessary expert deposition costs, parties seek to
11  continue outstanding expert depositions until progress can be made toward resolving the liens and
12  reengaging in settlement discussions. Therefore, parties respectfully request that the current expert
13  discovery deadline be continued from May 19, 2008 to June 18, 2008. All other date to remain the
14  same. The revised schedule would be as follows:

15      a.    Pretrial dispositive motion filing deadline:      April 18, 2008
16      b.    Pretrial motion hearing deadline:      May 19, 2008
17      c.    Expert Discovery Cut-off:      June 18, 2008
18      d.    Pretrial Conference:      June 19, 2008
19      e.    Trial:      September 15, 2008

20  DATED: April 8, 2008      SHOOK, HARDY & BACON, L.L.P.
21
22       By: */s/Amir Nassihi*
23              H. GRANT LAW
            AMIR NASSIHI
            Attorneys for Defendant
24             Ford Motor Company

25  DATED: April 8, 2008      ATLEE, HALL & BROOKHART, LLP
26
27       By: */s/ Jaime Jackson*
            JAIME JACKSON
            Attorneys for Plaintiffs
28             Anthony and Somjai Young

**ORDER**

The Court, having reviewed the stipulated request to continue expert discovery, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the stipulated request is GRANTED.  The expert discovery deadline in the above matter is continued from May 19, 2008 to June 18, 2008.

**IT IS SO ORDERED.**

DATED: April 9, 2008                    __/s/ Lawrence O'Neill_____
                                        HON. LAWRENCE O'NEILL
                                        U.S. DISTRICT JUDGE