IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YOUNG, et al., | CASE NO. CV F 07-0297 LJO SMS |
| Plaintiffs, | **ORDER ON THE PARTIES' STIPULATION TO CONTINUE TRIAL** |
| vs. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

The Court has received and reviewed the parties' Stipulation to Continue Trial and other Pending Dates.  (Doc. 51.)

The parties request that the Court order nonparties who have liens against potential recovery ("the lienholders") to attend a mandatory settlement conference in this Court.  The Court, however, is without jurisdictional power to compel the lienholders to appear.  Accordingly, the Court DENIES the request.

The parties also request the Court grant a continuance of the pretrial and trial dates.  The parties represent that they are close to settlement, except for the claims of the lienholders.

The Court will continue the dates as requested **only if** the parties enter into a contingency settlement, on the (sealed) record.  The only contingency for settlement would be reaching an ageement with the lienholders, in an agreed-upon scenario(s) by the parties in the sealed settlement.  For the parties to this litigation to be able to accomplish this will convince the Court how close absolute resolution is.  Otherwise, the Court DENIES the continuance.  Trial is confirmed for September 15, 2008.

IT IS SO ORDERED.

**Dated:    May 16, 2008**               /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1