UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YOUNG and SOMJAI YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; JOSEPH ADAM RIOS; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. 07cv00297-LJO-SMS<br><br>**ORDER REGARDING APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

This application of FORD MOTOR COMPANY for an order determining the settlement with ANTHONY AND SOMJAI YOUNG was found to be in good faith pursuant to California Code of Civil Procedure section 877.6(a)(2), and for an order barring all claims, having come before the Court, the Court finds that:

1. Proper notice of settlement has been given to all parties in actions involving Mr. Young; and

2. No oppositions contesting the good faith settlement have been timely filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That the settlement between FORD MOTOR COMPANY and ANTHONY AND SOMJAI YOUNG is in good faith pursuant to California Code of Civil Procedure section 877.6 et seq.

2.	Pursuant to California Code of Civil Procedure section 877.6(c), the determination by the Court that the settlement was made in good faith shall bar any other joint tortfeasor or co-obligor from any further claims against the settling tortfeasor or co-obligor for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault.

Dated: __September 4, 2008_____        /s/ Lawrence J. O'Neill
                                             HONORABLE DISTRICT COURT JUDGE