1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California  94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | ANTHONY YOUNG and SOMJAI YOUNG,   | Case No. 07cv00297-LJO-SMS
12 |       Plaintiffs,                  |
13 |       vs.                          | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER DISMISSING MATTER WITH PREJUDICE**
14 | FORD MOTOR COMPANY; JOSEPH ADAM RIOS; and DOES 1 to 100 inclusive, |
15 |                                    | [Fed. R. Civ. P. 41(a)(1)]
16 |       Defendants.                  |

17

18

19      Pursuant to a settlement agreement and the execution of a General Release Agreement
20 between all parties in this matter, Plaintiffs ANTHONY and SOMJAI YOUNG, and Defendant
21 FORD MOTOR COMPANY, by and through their respective attorneys of record, hereby agree and
22 stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this Court may
23 dismiss this matter WITH PREJUDICE.

24

25

26

27

28

1    IT IS SO STIPULATED:

2

3   Date: September 29, 2008                    SHOOK, HARDY & BACON L.L.P.

4

5                                               By:  */s/ Amir Nassihi*
                                                     H. GRANT LAW
                                                     AMIR NASSIHI
6

7                                               Attorneys for Defendant
                                                FORD MOTOR COMPANY

8

9   Date: September 24, 2008                    LAW OFFICES OF MARK S. NELSON

10

11                                              By:  */s/ Stephen J. Ringhoff*
                                                     STEPHEN J. RINGHOFF

12                                              Attorneys for Plaintiffs
                                                ANTHONY and SOMJAI YOUNG
13

14  Date: September 17, 2008                    ATLEE, HALL & BROOKHART, LLP

15

16                                              By:  */s/ Jamie D. Jackson*
                                                     JAIME D. JACKSON

17                                              Attorneys for Plaintiffs
                                                ANTHONY and SOMJAI YOUNG
18

19

20

21

22

23

24

25

26

27

28

1 **ORDER DISMISSING MATTER WITH PREJUDICE**

2 Pursuant to the foregoing Stipulation, and good cause appearing therefore, this matter is
3 HEREBY DISMISSED WITH PREJUDICE.

4

5 IT IS SO ORDERED:

6

7
Dated: _September 30, 2008          ____/s/ Lawrence J. O'Neill_____
8                                                          HON. LAWRENCE O'NEILL