IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YOUNG, et al, | CASE NO. CV-F-07-297 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| FORD MOTOR COMPANY, | |
| Defendants. / | |

This Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   September 30, 2008**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE